DENNIS S. WAKS, Bar #49374
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Designated Counsel for Service
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL CLAY PAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CLAY PAYTON,<br><br>　　　　　　Defendant. | NO.  1:05-cr-00333 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON<br><br>Date:   March 7, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clay Payton, that the date for status conference in this matter may be continued to March 7, 2006.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by February 6, 2006; that any response or opposition may be filed by February 27, 2006; and that status conference and hearing on the motions may be set for March 7, 2006.  **The date currently set for status conference is January 13, 2006.  The requested new date is March 7, 2006.**

　　　　The reason for this request is that Mr. Payton needs time to complete additional investigation prior to filing his motion to suppress evidence in this matter.

　　　　The parties agree that the delay resulting from the continuance shall be excluded as

necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: January 10, 2006            By  /s/ Virna L. Santos
                                              VIRNA L. SANTOS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DENNIS S. WAKS
                                              Acting Federal Defender

DATED: January 10, 2006            By /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Michael Clay Payton

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

DATED: January __12, 2006

                                              /s/ OLIVER W. WANGER

                                              OLIVER W. WANGER, Judge
                                              United States District Court
                                              Eastern District of California