DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL CLAY PAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CLAY PAYTON,<br><br>　　　　　Defendant. | NO. 1:05-cr-00333 OWW<br><br>SECOND STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON<br><br>Date:　April 11, 2006<br>Time:　9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clay Payton, that the date for status conference in this matter may be continued to April 11, 2006. It is also requested that a new motion briefing schedule be ordered. It is requested that any additional motions may be filed by March 17, 2006; that any response or opposition may be filed by April 4, 2006; and that status conference and hearing on the motions may be set for April 11, 2006. **The date currently set for status conference is March 7, 2006. The requested new date is April 11, 2006.**

The reason for this request is that Mr. Payton is awaiting the receipt of additional discovery relevant to the underlying warrant in this matter prior to filing his motion to suppress evidence.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                      McGREGOR W. SCOTT
United States Attorney

DATED: March 2, 2006                        By  /s/ Virna L. Santos
                                                        VIRNA L. SANTOS
Assistant United States Attorney
Attorney for Plaintiff

                                                                     DENNIS S. WAKS
Acting Federal Defender

DATED: March 2, 2006                        By  /s/ Eric V. Kersten
                                                          ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Michael Clay Payton

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 3, 2006**                     /s/ Oliver W. Wanger
emm0d6                                                  UNITED STATES DISTRICT JUDGE