| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Acting Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
MICHAEL CLAY PAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00333 OWW |
|  ) |  |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
|  ) | CONFERENCE AND RESET MOTION |
| v. ) | BRIEFING SCHEDULE AND ORDER |
|  ) | THEREON |
| MICHAEL CLAY PAYTON, ) |  |
|  ) | Date:  June 6, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
|  ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clay Payton, that the date for status conference in this matter may be continued to June 6, 2006. It is also requested that a new motion briefing schedule be ordered. It is requested that any additional motions may be filed by May 8, 2006; that any response or opposition may be filed by May 30, 2006; and that status conference and hearing on the motions may be set for June 6, 2006. **The date currently set for status conference is April 11, 2006. The requested new date is June 6, 2006.**

The reason for this request is that Mr. Payton has just received a recording of an interview relevant to the probable cause determination for a search warrant in this matter and additional time is needed to review the recording and conduct additional investigation prior to

filing a motion to suppress evidence.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

DATED: April 6, 2006                        By  /s/ Virna L. Santos
                                                        VIRNA L. SANTOS
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                                          DANIEL J. BRODERICK
                                                          Acting Federal Defender

DATED: April 6, 2006                        By  /s/ Eric V. Kersten
                                                         ERIC V. KERSTEN
                                                         Assistant Federal Defender
                                                          Attorney for Defendant
                                                         Michael Clay Payton

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 6, 2006**                         **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE