DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL CLAY PAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:05-cr-00333 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE AND RESET MOTION |
| v. ) | BRIEFING SCHEDULE AND ORDER |
| ) | THEREON |
| MICHAEL CLAY PAYTON, ) | |
| ) | Date:  July 17, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clay Payton, that the date for status conference in this matter may be continued to July 17, 2006.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by June 20, 2006; that any response or opposition may be filed by July 11, 2006; and that status conference and hearing on the motions may be set for July 18, 2006.  **The date currently set for status conference is June 6, 2006.  The requested new date is July 17, 2006.**

The reason for this request is that additional time is needed to engage in further negotiations and conduct additional investigation prior to filing a motion to suppress evidence and/or reaching a negotiated settlement of this matter .

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2    effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial
3    motions and ruling on pending pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: June 1, 2006                    By  /s/ Virna L. Santos
                                           VIRNA L. SANTOS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: June 1, 2006                    By  /s/ Eric V. Kersten
                                           ERIC V. KERSTEN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Michael Clay Payton

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).
IT IS SO ORDERED.

**Dated:    June 1, 2006**                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE