DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL CLAY PAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:05-cr-00333 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON |
| v. | |
| MICHAEL CLAY PAYTON, | Date:  September 5, 2006 |
| Defendant. | Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael Clay Payton, that the date for status conference in this matter may be continued to September 5, 2006.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by August 14, 2006; that any response or opposition may be filed by August 29, 2006; and that status conference and hearing on the motions may be set for September 5, 2006.  **The date currently set for status conference is July 17, 2006.  The requested new date is September 5, 2006 at 9:00 a.m.**

The reason for this request is that a significant suppression issue exists in this case and the parties have been attempting to reach a negotiated settlement in lieu of litigating the suppression issue.  However, these attempts have failed and the suppression issue needs to be

1  resolved.  The requested continuance is necessary for the filing of the defendant's motion to suppress
2  evidence and the government's response.
3      The parties agree that the delay resulting from the continuance shall be excluded as necessary for
4  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional
5  pretrial motions and ruling on the pending motion pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 13, 2006 | By  /s/ Virna L. Santos<br>VIRNA L. SANTOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 13, 2006 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Michael Clay Payton |

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 15, 2006**         /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and Reset Motion Briefing Schedule                2