1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL CLAY PAYTON

**LODGED**

JUL 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**FILED**

JUL 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  1:05-cr-00333 OWW
                                       )
12              Plaintiff,             )
                                       )
13      v.                             )   SEALING ORDER
                                       )
14  MICHAEL CLAY PAYTON,               )
                                       )
15              Defendant.             )
                                       )
16  _____)

17      The Court hereby orders that Orders Granting Defendant's *Ex Parte* Application for

18  *Subpoena Duces Tecum*  for

19      1.  MERCED POLICE DEPARTMENT;

20      2.  MERCED COUNTY SHERIFF'S DEPARTMENT.

21  in the above-entitled case, shall be sealed until further order of the Court.

22      IT IS SO ORDERED.

23      DATED: July **21**, 2006

24

25

26

27

28

OLIVER W. WANGER
United States District Court Judge for the
Eastern District of California