1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5
  | Attorney for Defendant
6 | MICHAEL CLAY PAYTON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) NO.  1:05-cr-00333 OWW
                                      )
12 |            Plaintiff,             ) STIPULATION TO CONTINUE STATUS
                                      ) CONFERENCE AND RESET MOTION
13 |      v.                           ) BRIEFING SCHEDULE AND ORDER
                                      ) THEREON
14 | MICHAEL CLAY PAYTON,              )
                                      ) Date:  November 21, 2006
15 |            Defendant.             ) Time:  9:00 a.m.
                                      ) Judge: Hon. Oliver W. Wanger
16 | _____)

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, VIRNA L. SANTOS, Assistant United States Attorney, counsel for

19 Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Michael

20 Clay Payton, that the date for status conference in this matter may be continued to **November**

21 **21, 2006.**  It is also requested that a new motion briefing schedule be ordered.  It is requested that

22 Defendant's motion to Suppress may be filed by **October 16, 2006**; that any response or

23 opposition may be filed by **November 14, 2006**; and that status conference and hearing on the

24 motion may be set for **November 21, 2006.  The date currently set for status conference is**

25 **October 17, 2006.  The requested new date is November 21, 2006.**

26        The reason for this request is that the defense motion to suppress is just being filed  and

27 additional time is needed to allow the government to respond.

28        The parties agree that the delay resulting from the continuance shall be excluded as

1   necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing

2   of additional pretrial motions and ruling on the pending motion pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: October 12, 2006              By   /s/ Virna L. Santos
                                                    VIRNA L. SANTOS
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Federal Defender


DATED: October 12, 2006              By   /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Michael Clay Payton


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:    October 13, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE