McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05cr00333 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE MOTIONS HEARING |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CLAY PAYTON, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for the government, and ERIC V. KERSTEN, attorney for MICHAEL CLAY PAYTON, to continue the motions hearing date in this matter, currently set for November 21, 2006, to a new date of **December 12, 2006 at 9:00 a.m.**

The parties further stipulate that the government's response to any pending motions shall now be due on **December 4, 2006**.

This continuance is necessary to permit completion of additional investigation necessary to prepare the government's response to defendant's motion to suppress.

1     Both parties stipulate that time shall be excluded for the above purposes until the new hearing date of December 12, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO STIPULATED,**

Dated: November 21, 2006
                                        /s/ Virna L. Santos
                                         VIRNA L. SANTOS
                                         Assistant U. S. Attorney

Dated: November 16, 2006            /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
                                         Attorney for Michael Clay Payton

## ORDER

IT IS SO ORDERED. The intervening period is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(f) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 21, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE