DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL CLAY PAYTON

FILED
JAN 2 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CLAY PAYTON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 1:05-cr-00333 OWW <br><br> **ORDER GRANTING EX PARTE [UNDER SEAL] APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

The application for subpoena duces tecum, filed by defendant Michael Clay Payton **is hereby granted** authorizing issuance of a Subpoena Duces Tecum pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure to: Merced Police Office Jeffrey Horn, Merced Police Department, 611 W. 22nd St., Merced, CA 95340; Tele: (209) 385-6915, for:

    A.    A list of all investigations and/or cases, prior to July 30, 2004, which Merced Police Officer Jeffrey Horn participated in or had personal knowledge of, wherein suspected street level drug dealers had evidence of drug sales on their computers.

    B.    For all cases and/or investigations meeting the criteria set forth in paragraph "A", copies of all notes, reports, recordings or documentation of any sort describing or pertaining to evidence of drug sales discovered on the computers of suspected drug dealers.

    C.    Copies of all search warrants and/or supporting affidavits authored by Merced Police Officer Jeffrey Horn, prior to July 30, 2004, wherein authorization was requested and/or received to search the computers of suspected drug dealers for evidence of drug sales.

    D.    Copies of all search warrants and/or supporting affidavits which Merced Police Officer Jeffrey Horn had personal knowledge of, prior to July 30, 2004, wherein authorization was requested and/or received to search the computers of suspected drug dealers for evidence of

drug sales

DATED: January ___, 2007

_____
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California