1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   MICHAEL CLAY PAYTON

**FILED**

JAN 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CLAY PAYTON,<br><br>Defendant. | NO. 1:05-cr-00333 OWW<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

The application for subpoena duces tecum, filed by defendant Michael Clay Payton **is hereby granted** authorizing issuance of a Subpoena Duces Tecum pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure to: Custodian of Records for the Merced Police Department and/or Merced Police Officer Jeffrey Horn, 611 W. 22nd St., Merced, CA 95340; Tele: (209) 385-6915, for:

A.  A list of all investigations and/or cases, prior to July 30, 2004, which Merced Police Officer Jeffrey Horn participated in or had personal knowledge of, wherein suspected street level drug dealers had evidence of drug sales on their computers.

B.  For all cases and/or investigations meeting the criteria set forth in paragraph "A", copies of all notes, reports, recordings or documentation of any sort describing or pertaining to evidence of drug sales discovered on the computers of suspected drug dealers.

C.  Copies of all search warrants and/or supporting affidavits authored by Merced Police Officer Jeffrey Horn, prior to July 30, 2004, wherein authorization was requested and/or received to search the computers of suspected drug dealers for evidence of drug sales.

D.  Copies of all search warrants and/or supporting affidavits which Merced Police Officer Jeffrey Horn had personal knowledge of, prior to July 30, 2004, wherein authorization was requested and/or received to search the computers of suspected drug dealers for evidence of

drug sales

DATED: January 29, 2007

*(signature)*

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California