

FILED

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:05-cr-0333 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING MOTIONS TO SUPPRESS EVIDENCE AND QUASHING SECOND AND THIRD SEARCH WARRANTS |
| v. | ) | |
| MICHAEL CLAY PAYTON, | ) | |
| Defendant. | ) | |

The evidentiary hearing on Defendant's Motions to Suppress Evidence and to Quash the First, Second and Third Search Warrants was concluded on August 16, 2007.

Based on the government's concession as to the third search warrant, the Motion to Quash the Third Search Warrant is GRANTED and the Motion to Suppress the evidentiary fruits of seizures conducted pursuant to the third search warrant is GRANTED.

DATED: August 16, 2007.

Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1