SEP 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
MICHAEL CLAY PAYTON,
Defendant.

No. 1:05-CR-00333 OWW

ORDER OF RELEASE

The above named defendant having withdrawn his conditional plea of guilty and having had the charges dismissed by the Government during proceedings re same which were held on 9/14/2009.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: 9-14-09

HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form