1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721-2226
4 | Telephone: (559) 487-5561

5 | Attorney for Defendant
Michael Clay Payton

FILED
SEP 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-CR-0333 OWW |
| Plaintiff, | REQUEST TO WITHDRAW CONDITIONAL PLEA OF GUILTY PURSUANT TO RULE 11(a)(2); [PROPOSED] ORDER THEREON |
| v. | |
| MICHAEL CLAY PAYTON, | Judge: Honorable Oliver W. Wanger |
| Defendant. | |

## BACKGROUND

On August 24, 2007, defendant Michael Clay Payton, with the consent of the district court and the government, entered a conditional plea of guilty pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure. Mr. Payton reserved the right to have an appellate court review all adverse rulings on his motion to suppress evidence, filed October 17, 2006, and to withdraw his conditional guilty plea if he prevailed on appeal.

On July 21, 2009, the Ninth Circuit Court of Appeals reversed the denial of Mr. Payton's motion to suppress evidence and remanded the matter to the district court with instructions that Mr. Payton be permitted to withdraw his conditional plea of guilty. On September 8, 2009, the Ninth Circuit issued its formal mandate, pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, directing that the judgment of the Court, entered July 21, 2009, take effect immediately.

1  Pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure Mr. Payton requests that
2  his guilty plea of August 24, 2007 be withdrawn, and that his earlier plea of not guilty be reinstated.
3  Dated: September 9, 2009

DANIEL J. B RODERICK
Federal Defender

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Michael Clay Payton

## ORDER

**IT IS SO ORDERED.** Pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure Mr. Payton's guilty plea in case 1:05-CR-0333 OWW is hereby withdrawn, and Mr. Payton's earlier plea of not guilty is reinstated

DATED: September 14, 2009

OLIVER W. WANGER, Judge
United States District Court